NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


THOMAS GORDON, JR.,                 )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D18-1623
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____)

Opinion filed March 6, 2019.

Appeal from the Circuit Court for Polk
County; Mark Carpanini, Judge.

Thomas Gordon, Jr., pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


KELLY, KHOUZAM, and SLEET, JJ., Concur.